UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JORGE COLON-ORTIZ,

    Defendant.

Criminal No. 04-198 (JAF)

**O R D E R**

Pursuant to the terms of the Judgment entered by the United States Court of Appeals for the First Circuit in appellate docket number 05-1125, the parties are **ORDERED** to advise the court, **within ten (10) days**, as to whether there is a possibility for a stipulated disposition of the matter and under what terms and conditions such stipulation would be implemented.

In the event that no such stipulation ensues, we will then hold a restitution hearing in conformity with 18 U.S.C. § 3664.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of September, 2006.

                                            S/José Antonio Fusté
                                             JOSE ANTONIO FUSTE
                                             U. S. District Judge